IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEVIN MCDOWELL,**

      **Plaintiff**

**v.**                                                  Civ. No. 1:23-cv-00156-KG-KK
**AMITOZ SINGH KAINTH, JASPREET KAUR,
individually, and doing business as FREON
TRUCKING, LLC, and FEDEX GROUND
PACKAGE SYSTEM, INC.,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the court on the parties Stipulated Motion to Dismiss with Prejudice Defendants, Amitoz Singh Kainth, Jaspreet Kaur, individually, and doing business as Freon Trucking, LLC and FedEx Ground Package System, Inc. and the Court, having read the Motion and being otherwise fully advised in the premises, hereby finds that good cause exists to grant the motion. The Court therefore orders as follows:

    1.    All pending claims which were or could have been pled in this matter against Defendants, Amitoz Singh Kainth, Jaspreet Kaur, individually, and doing business as Freon Trucking, LLC and against FedEx Ground Package System, Inc. shall be and hereby are dismissed with prejudice.

    2.    Each party is to bear its own costs in this matter.

    3.    This matter is Closed.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

**RIGHI FITCH LAW GROUP, P.L.L.CL.**

*/s/ Joseph C. Shelley*
Elizabeth S. Fitch
Chris H. Begeman
Joesph C. Shelley
4801 Lang Ave NE, Ste 110
Albuquerque, NM 87109
beth@righilaw.com
chris@righilaw.com
jshelley@righilaw.com
*Attorneys for Defendants Jaspreet Kaur,
Amitoz Singh Kainth and Freon Trucking, LLC*


**CARUSO LAW OFFICES, P.C.**

*/s/ Mark J. Caruso*
Mark J. Caruso
4302 Carlisle, NE
Albuquerque, NM 87107
505-883-5000
mark@carusolaw.com
*Attorneys for Plaintiff*


**ATKINSON, BAKER & RODRIQUEZ, P.C.**

*/s/ Justin D. Rodriguez*
Douglas A. Baker
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
505-764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com
*Attorneys for Defendant FedEx Ground
Package System, Inc.*